IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES DAMERON,

        Appellant,

v.

Case No. 5D21-3036
LT Case No. 35-2017-CF-001160-A-X

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Lake County,
G. Richard Singeltary, Judge.

Matthew J. Metz, Public Defender, and
Natalie R. Gossett, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown Hartless,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.